PROB 12B
(Rev. 7/93)

# United States District Court
## for the
## Northern District of West Virginia



FILED
JUN 28 2016
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Larry A. Nine                                           Case Number: 1:03CR01

Name of Sentencing Judicial Officer: Honorable Irene M. Keeley, U. S. District Judge

Date of Original Sentence: April 9, 2003

Original Offense: Using Means of Interstate Commerce to Knowingly Coerce and Entice an Individual Who Has Not Attained the Age of 18 to Engage in Criminal Sexual Activity, 18 U.S.C. § 2422(b)

Original Sentence: 180 months custody Bureau of Prisons, followed by 3 years supervised release

Type of Supervision: Supervised Release             Date Supervision Commenced: June 1, 2016

## PETITIONING THE COURT

[ ] To extend the term of supervision for    year(s), for a total term of    year(s).

[X] To modify the conditions of supervision as follows:

> Upon reasonable suspicion, the defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. §1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to search pursuant to this condition.
>
> The defendant shall not purchase, possess or consume any organic or synthetic intoxicants, including  bath salts, synthetic cannabinoids or other designer stimulants.
>
> The defendant shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants.

## CAUSE

The use of synthetic substances is a danger to the defendant and the community due to the intoxicating effects. The defendant has consented to the modification of the above conditions of supervision, which will allow the Probation Officer to intervene quickly when there is reasonable suspicion that the offender has engaged in criminal conduct or otherwise violated a condition of release.

Prob12B                               -2-                                    Request for Modifying the
                                                                          Conditions or Terms of Supervision
                                                                             with Consent of the Offender



                                            Respectfully submitted,

                                    By _____
                                       Jaime B. Stroup
                                       U. S. Probation Officer
                                       Date: June 27, 2016

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

June 27, 2016
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1) **Upon reasonable suspicion, the defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.**

2) **The defendant shall not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants.**

3) **The defendant shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants.**

Witness: _____  Signed: _____
Evin Thomas                                         Larry Nine
U. S. Probation Officer                      Probationer or Supervised Releasee

June 1, 2016
DATE