PROB 12A
(Rev. 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

### Report on Offender Under Supervision

Name of Offender:  Larry A. Nine                                                                             Case Number:  1:03CR1

Name of Sentencing Judicial Officer:  Honorable Irene M. Keeley, U. S. District Judge

Date of Original Sentence:  April 9, 2003

Original Offense:  Using Means of Interstate Commerce to Knowingly Coerce and Entice an Individual Who Has Not Attained the Age of 18 to Engage in Criminal Sexual Activity, 18 U.S.C. § 2422(b)

Original Sentence:  180 months custody Bureau of Prisons, followed by 3 years supervised release

Type of Supervision:  Supervised Release                              Date Supervision Commenced:  June 1, 2016

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1. | <u>Violation of Standard Condition No. 9:  The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the Probation Officer.</u> |
| 2. | <u>Violation of Special Condition No. 18:  The defendant shall not affiliate with, own, control, and/or be employed in any capacity by a business whose principal product is the production and/or selling of materials depicting and/or describing "sexually explicit conduct" as defined at 18 U.S.C. §2256(2).</u> |

On October 26, 2016, Mr. Nine was questioned about having contact with another defendant that was on federal supervised release in the Eastern District of North Carolina.  The defendant admitted to engaging in a relationship of a sexual nature via text messaging on his cell phone with the individual in question.  The individual in question is currently on federal supervised release for a sex offense conviction.  Both individuals had met while in BOP custody and have continued to have an unpermitted relationship with each other via text messaging.  Neither defendant had received permission to maintain this contact.

U. S. Probation Officer Action/Recommendation: Court action is not recommended at this time. The undersigned has counseled the defendant about the consequences of continuing the unpermitted contact. Additionally, the defendant attended a sex offender evaluation at Mountaineer Psychological Services in Morgantown, West Virginia. The results of said evaluation have yet to be provided to our office, however, once received, our office will plan accordingly to have the defendant attend regular sex offender programming in order to address the above-noted violation. Should any additional violations occur, the Probation Officer will notify the Court immediately, and request that adverse action be taken.

The term of supervision should be:

[X] No action at this time.

Respectfully submitted,

by _____
Jaime Stroup
U. S. Probation Officer
Date: October 26, 2016

---

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

[ ] No Response

[X] Concur with U. S. Probation Officer's Recommendation

_____
Signature of Judicial Officer

October 27, 2016
_____
Date