PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**

United States District Court
for the
Northern District of West Virginia

FILED

MAY 31 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA
vs.
Larry Nine

Crim. No. 1:03CR1

It appearing that the above named has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expired on 5/31/2019, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

Benjamin J. Ahmed
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this __31st__ day of __May__, 20 __19__.

Irene M. Keeley
United States District Judge